IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| SEAN TAYLOR GREGORY | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | Civil Action No. 6:18-cv-0004 |
| | § | |
| SCHNEIDER NATIONAL CARRIERS, INC. | § | |
| AND PETER MURPHY | § | |
| *Defendants*. | § | |

## NOTICE OF REMOVAL

TO THE HONORABLE COURT:

COME NOW Defendant Schneider National Carriers, Inc. and Peter Murphy and file their Notice of Removal, and would respectfully show unto the Court as follows:

### I.
### PROCEDURAL HISTORY

1.    Plaintiffs filed suit in Cause No. 17-12-81969-A, in the 24th Judicial District Court of Victoria County, Texas on or about December 5, 2017.  Defendant Schneider National Carriers, Inc. was served on December 22, 2017, and filed a timely answer on January 12, 2018. Defendant Peter Murphy was not served, but filed an answer on January 17, 2018.

2.    Defendants have therefore filed this Notice of Removal within the time period required by 28 U.S.C. § 1446(b).

### II.
### NATURE OF THE SUIT

3.    Plaintiff alleges that on or about November 14, 2017, he sustained damages as a result of a motor vehicle collision that occurred in Victoria County, Texas.

- 1 -

4.      According to Plaintiff's Original Petition, Plaintiff is a citizen of the State of Texas who resides in Victoria County, Texas.  *See* Plaintiff's Original Petition, paragraph 2.0.

5.      At the time of the filing of Plaintiff's Original Petition and at the time of the filing of Defendants' Notice of Removal, Defendant Peter Murphy was a citizen of the State of Florida, with a domicile at 8528 Great Meadow Drive, Sarasota, Sarasota County, Florida, 34238.  *See* Plaintiff's Original Petition, paragraph 2.1.

6.      Defendant Schneider National Carriers, Inc. is a corporation with its principal place of business in the State of Wisconsin.

7.      Defendant Schneider National Carriers, Inc. is a company incorporated under the laws of the State of Nevada.

### III.
### BASIS FOR REMOVAL

8.      Removal is proper because there is complete diversity of citizenship between Plaintiff and Defendants.

9.      Plaintiff is an individual who resides in Victoria County, Texas.  *See* Plaintiff's Original Petition, paragraph 2.0.

10.     Defendant Peter Murphy is an individual who at all relevant time was domiciled in Sarasota County, Florida.  At all relevant times, Defendant Peter Murphy established his citizenship in the State of Florida where he currently lives and works.  *See* Plaintiff's Original Petition, paragraph 2.1.

11.     Defendant Schneider National Carriers, Inc. is a corporation incorporated under the laws of the State of Nevada, whose principal place of business has at all relevant times been maintained in the State of Wisconsin and whose citizenship is in the State of Wisconsin.

12.     As conveyed in Plaintiff's Original Petition, the amount in controversy exceeds

$75,000.00, exclusive of interests, costs, and attorneys' fees. *See* Plaintiff's Original Petition, paragraph 6.0.

## IV.
## VENUE AND JURISDICTION

13. Venue for this removal is proper in this district under 28 U.S.C. § 1441(a) because this district and division embrace the place in which the removed action has been pending.

14. This Court has jurisdiction of this action by virtue of the provisions of 28 U.S.C. § 1332 in that this is a case of diversity of citizenship between the parties with the amount in controversy exceeding $75,000.00, exclusive of interest and costs.

## V.
## DEFENDANTS' NOTICE OF REMOVAL
## IS PROCEDURALLY CORRECT

15. Defendants have attached to this notice all process, pleadings and orders filed in the state court action as required by 28 U.S.C. §1446(a). (*See* **Exhibit A**, Index of Matters Being Filed).

## VI.
## JURY DEMAND

16. Plaintiff made a demand for a jury trial in State District Court. Defendants Schneider National Carriers, Inc. and Peter Murphy also made demands for a jury trial in State District Court.

## VII.
## NOTICE TO STATE COURT

17. Defendants will promptly file a copy of this Notice of Removal with the Clerk of the State Court in which this action is pending.

Respectfully submitted,

**CASTAGNA SCOTT L.L.P.**
1120 S. Capital of Texas Highway
Building 2, Suite 270
Austin, Texas 78746
512/329-3290
888/255-0132 fax


By: */s/ Lynn S. Castagna*
   Lynn S. Castagna
   State Bar No. 03980520
   Lynn@texasdefense.com
   Stephen P. Bega
   State Bar No. 24012269
   Stephen@texasdefense.com

**ATTORNEYS FOR DEFENDANTS**


**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served upon the following person(s), in the manner(s) indicated below:

*VIA FACSIMILE: 713/666-5922*
*And/or VIA E-SERVICE*
Richard Jason Nava
STERN LAW GROUP
4909 Bissonnet Street, Suite 100
Bellaire, Texas 77401

in accordance with the Federal Rules of Civil Procedure, on this 18th day of January, 2018.


   */s/ Lynn S. Castagna*
   Lynn S. Castagna