United States District Court
Southern District of Texas
**ENTERED**
February 25, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| SEAN TAYLOR GREGORY, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 6:18-CV-00004 |
| § | |
| SCHNEIDER NATIONAL CARRIERS, INC., § | |
| *et al*, § | |
| § | |
| Defendants. § | |

## ORDER OF DISMISSAL

In accordance with the agreed stipulation of dismissal of claims against the defendants (Dkt. No. 16), this action is DISMISSED with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. The Clerk will enter this Order and provide all parties a true copy.

This is a Final Judgment.

SIGNED on this 25th day of February, 2019.

_____
Kenneth M. Hoyt
United States District Judge